

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00108-CV

**IN THE MATTER OF B.B.**

From the 436th District Court, Bexar County, Texas
Trial Court No. 2016JUV01469
Honorable Lisa Jarrett, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the order of the trial court is AFFIRMED.

SIGNED December 19, 2018.

*Sandee Bryan Marion*
Sandee Bryan Marion, Chief Justice